**MEMO ENDORSED**



**Joseph & Norinsberg**
Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

March 9, 2026

_**Via ECF**_
Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/10/2026

Re:  McKinnley v. Whirlpool
    25 CV 9649 (VEC)

Dear Judge Caproni

We represent the Plaintiff in this action.   A joint letter and case management plan are due on Thursday and a conference is scheduled for March 20, 2026.

The parties are making progress in resolving this matter and need a bit more time to conclude settlement discussions.  Consequently, on behalf of and with the consent of  both parties (Defendant being represented by in-house counsel at present), we respectfully request that this Court adjourn the scheduled joint letter and conference to another date.   This is the first letter requesting an adjournment on this matter.

Please note that I will be on vacation during the week of April 13th.

Thank you for your consideration of this request.

Sincerely,
/s/ Robert L. Schonfeld
Robert L. Schonfeld, Esq.

Cc:  Janet Ramsey, Esq.

Application GRANTED.  The Initial Pretrial Conference currently scheduled for Friday, March 20, 2026, is now adjourned to **Friday, March 27, 2026, at 10:00 a.m.**  The parties' joint letter and proposed case management plan are now due **no later than Thursday, March 19, 2026**.

Defendant's deadline to answer is adjourned to **April 3, 2026**.  Per the Undersigned's Individual Rules of Practice in Civil Cases, Defendant must also file a notice of appearance on the docket **no later than Friday, March 13, 2026.**

SO ORDERED.                                    3/10/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE