



March 16, 2026

Riley C. Mendoza

111 South Wacker Drive
Chicago, Illinois 60606
**t** 312.704.7700
**d** 312.704.7784
**f** 312.558.1195
rmendoza@shb.com

**<u>VIA ECF</u>**

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/16/2026

**Re:**   *McKinnley v. Whirlpool*, 25 CV 9649 (VEC)

Dear Judge Caproni:

I am counsel for Defendant Whirlpool Corporation ("Whirlpool") in this matter.

I write to request an adjournment of the initial pretrial conference and an extension of the deadline for the parties' joint letter and proposed case management plan and Whirlpool's answer deadline because I have just been retained in this matter and would like additional time to investigate the claims and explore early resolution (settlement discussions have already begun but are in their early stages).

By your order dated March 10, 2026, an initial pretrial conference is set for Friday March 27, 2026 at 10:00 a.m.; the parties' joint letter and proposed case management plan are due by this Thursday March 19, 2026; and Whirlpool's answer is due April 3, 2026. You also ordered Whirlpool to enter an appearance no later than March 13, 2026 (I appeared on March 12 to comply with this order).

I have conferred with Plaintiff's counsel and he consents to this request.  I am on vacation the week of March 28 and Plaintiff's counsel is on vacation the week of April 13.  Thus, we jointly request that the initial pretrial conference be adjourned to the week of April 6, week of April 20, or any week thereafter.  We request that the parties' joint letter and proposed case management plan be extended until the week before the rescheduled conference.  I also request that Whirlpool's answer deadline be extended for at least one week until April 10, 2026, to account for my vacation.



March 16, 2026
Page | 2

This is the second request for an adjournment of the pre-trial conference and the parties' joint letter and discovery plan. This is the first request for extension of Whirlpool's answer. This request is made in good faith and not for delay.

Thank you for your consideration.

Sincerely,

/s/ Riley C. Mendoza

Riley C. Mendoza

Applications GRANTED. The Initial Pretrial Conference currently scheduled for Friday, March 27, 2026, is now adjourned to **Friday, April 10, 2026, at 10:00 a.m.** The parties' joint letter and proposed case management plan are now due no later than **April 2, 2026**. Defendant's deadline to answer is adjourned to **April 10, 2026**.

SO ORDERED.                     3/16/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE